B1 (Official Form 1) (4/13)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **NORTHERN** DISTRICT OF **ILLINOIS** | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| *Wyatt, Kenneth W.* | *Wyatt, Kelly M.* |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| *aka Kenneth W. Wyatt III* | *aka Kelly M. O'Toole* |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *4944* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *3207* |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): *235 W. Hickory Road* *Lombard, IL* | ZIPCODE *60148* | Street Address of Joint Debtor (No. & Street, City, and State): *235 W. Hickory Road* *Lombard, IL* | ZIPCODE *60148* |
|---|---|---|---|

| County of Residence or of the Principal Place of Business: *DuPage* | County of Residence or of the Principal Place of Business: *DuPage* |
|---|---|

| Mailing Address of Debtor (if different from street address): *SAME* | ZIPCODE | Mailing Address of Joint Debtor (if different from street address): *SAME* | ZIPCODE |
|---|---|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): *NOT APPLICABLE* | ZIPCODE |
|---|---|

| **Type of Debtor** (Form of organization) (Check **one** box.)<br><br>☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below | **Nature of Business** (Check **one** box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br><br>☒ Chapter 7  ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11  ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13<br><br>**Nature of Debts** (Check one box)<br>☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"  ☐ Debts are primarily business debts. |
|---|---|---|

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>_____<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending:<br>_____ | **Tax-Exempt Entity** (Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Chapter 11 Debtors:**<br>**Check one box:**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offici Form 3B. | |
|---|---|

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1) (4/13)                                                                      FORM B1, Page   2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Kenneth W. Wyatt III and* *Kelly M. Wyatt* |

### All Prior Bankruptcy Cases Filed Within Last 8 Years        (If more than two, attach additional sheet)

| Location Where Filed: *NONE* | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor        (If more than one, attach additional sheet)

| Name of Debtor: *NONE* | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X  */s/ Kathryn L. Harry*                          *12/27/2013* |
| | Signature of Attorney for Debtor(s)                       Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

James Cucchetto
(Name of landlord that obtained judgment)

118 S. Ardmore, Villa Park, IL 60181
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☒ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/13)                                                                FORM B1, Page   3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | *Kenneth W. Wyatt III and Kelly M. Wyatt* |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  */s/ Kenneth W. Wyatt III*
    Signature of Debtor

X  */s/ Kelly M. Wyatt*
    Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

*12/27/2013*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

_____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X  */s/ Kathryn L. Harry*
    Signature of Attorney for Debtor(s)

*Kathryn L. Harry 6207024*
Printed Name of Attorney for Debtor(s)

*KATHRYN L. HARRY & ASSOCIATES, P.C.*
Firm Name

*1200 Harger Road*
Address

*Suite 706*

*Oak Brook, IL  60523*

*630-472-9700*
Telephone Number

*12/27/2013*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

FORM B6A (Official Form 6A) (12/07)

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____ ,            Case No._____
                Debtor(s)                                                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | *None* |

**TOTAL $**          *0.00*

**(Report also on Summary of Schedules.)**

No continuation sheets attached

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____,    Case No. _____

Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash* <br> *Location: In debtor's possession* | J | $25.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | *Security Deposit* <br> *Location: James Cuechetto* | J | $1,400.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Miscellaneous Household Furnishings* <br> *Location: In debtor's possession* | J | $5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Coins* <br> *Location: In debtor's possession* | J | $300.00 |
| 6. Wearing apparel. | | *Miscellaneous Clothing* <br> *Location: In debtor's possession* | J | $1,000.00 |
| 7. Furs and jewelry. | | *Wedding rings* <br> *Location: In debtor's possession* | J | $1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | *Miscellaneous Firearm and Photo Equipment* <br> *Location: In debtor's possession* | H | $600.00 |

Page __1__ of __3__

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_ _____ ,    Case No. _____

Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _2005 Chrysler Town & Country Location: In debtor's possession_ | W | $3,200.00 |

Page ___2___ of ___3___

B6B (Official Form 6B) (12/07)

In re **Kenneth W. Wyatt III and Kelly M. Wyatt** _____ ,     Case No. _____
                    Debtor(s)                                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *2011 Ford Escape*<br>*Location: In debtor's possession* | J | *$15,000.00* |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | *Dog*<br>*Location: In debtor's possession* | J | *$100.00* |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total** ➡ | *$27,625.00* |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/13)

In re **Kenneth W. Wyatt III and Kelly M. Wyatt**_____,    Case No. _____

_____Debtor(s)_____    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property<br><br>**Claimed By Debtor** | Specify Law<br>Providing each<br>Exemption | Value of<br>Claimed<br>Exemption | Current<br>Value of Property<br>Without Deducting<br>Exemptions |
|---|---|---|---|
| *Cash* | *735 ILCS 5/12-1001(b)* | $ 12.50 | $ 25.00 |
| *Security Deposit* | *735 ILCS 5/12-1001(b)* | $ 137.50 | $ 1,400.00 |
| *Miscellaneous Household Furnishings* | *735 ILCS 5/12-1001(b)* | $ 2,400.00 | $ 5,000.00 |
| *Coins* | *735 ILCS 5/12-1001(b)* | $ 300.00 | $ 300.00 |
| *Miscellaneous Clothing* | *735 ILCS 5/12-1001(a)* | $ 500.00 | $ 1,000.00 |
| *Wedding rings* | *735 ILCS 5/12-1001(b)* | $ 500.00 | $ 1,000.00 |
| *Miscellaneous Firearm and Photo Equipment* | *735 ILCS 5/12-1001(b)* | $ 600.00 | $ 600.00 |
| *Dog* | *735 ILCS 5/12-1001(b)* | $ 50.00 | $ 100.00 |

Page No. __1__ of __2__

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6C (Official Form 6C) (04/13)

In re **Kenneth W. Wyatt III and Kelly M. Wyatt**                    ,    Case No. _____

_____Debtor(s)_____                                                              (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property<br>**Claimed By Spouse** | Specify Law<br>Providing each<br>Exemption | Value of<br>Claimed<br>Exemption | Current<br>Value of Property<br>Without Deducting<br>Exemptions |
|---|---|---|---|
| *Cash* | *735 ILCS 5/12-1001(b)* | $ 12.50 | $ 25.00 |
| *Security Deposit* | *735 ILCS 5/12-1001(b)* | $ 437.50 | $ 1,400.00 |
| *Miscellaneous Household Furnishings* | *735 ILCS 5/12-1001(b)* | $ 2,200.00 | $ 5,000.00 |
| *Coins* | *735 ILCS 5/12-1001(b)* | $ 0.00 | $ 300.00 |
| *Miscellaneous Clothing* | *735 ILCS 5/12-1001(a)* | $ 500.00 | $ 1,000.00 |
| *Wedding rings* | *735 ILCS 5/12-1001(b)* | $ 500.00 | $ 1,000.00 |
| *2005 Chrysler Town & Country* | *735 ILCS 5/12-1001(c)*<br>*735 ILCS 5/12-1001(b)* | $ 2,400.00<br>$ 800.00 | $ 3,200.00 |
| *Dog* | *735 ILCS 5/12-1001(b)* | $ 50.00 | $ 100.00 |

Page No. _2_ of _2_

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re Kenneth W. Wyatt III and Kelly M. Wyatt _____,    Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: **6407**  **Creditor # : 1 Ford Motor Credit PO Box 790093 Saint Louis MO 63179-0093** | J | 06/2011  *Car Loan*  *2011 Ford Escape*    Value: **$ 15,000.00** | | | | **$ 22,310.18** | **$ 7,310.18** |
| Account No: | | Value: | | | | | |
| No continuation sheets attached | | | | Subtotal $ (Total of this page) | | **$ 22,310.18** | **$ 7,310.18** |
| | | | | Total $ (Use only on last page) | | **$ 22,310.18** | **$ 7,310.18** |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/13)

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_ ,    Case No._____
Debtor(s)    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_    **continuation sheets attached**

Official Form 6E (04/13) - Cont.

In re Kenneth W. Wyatt III and Kelly M. Wyatt          ,          Case No._____
          **Debtor(s)**                                                                  (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:   *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: *4944*<br>*Creditor # : 1*<br>*Department of the Treasury*<br>*Internal Revenue Service*<br>*P.O. Box 7346*<br>*Philadelphia PA 19101-7346* | | *H* | *2011*<br>*Federal Taxes* | | | | $ 1,000.00 | $ 1,000.00 | $ 0.00 |
| Account No: *8926*<br>*Creditor # : 2*<br>*Illinois Department of Revenue*<br>*Bankruptcy Section*<br>*P.O. Box 64338*<br>*Chicago IL 60664-0338* | | *H* | *2011-2012*<br>*state Taxes* | | | | $ 1,050.00 | $ 1,050.00 | $ 0.00 |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. __1__ of __1__ continuation sheets

attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $**<br>(Total of this page) | 2,050.00 | 2,050.00 | 0.00 |

**Total $**
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)    2,050.00

**Total $**
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and    2,050.00   0.00

B6F (Official Form 6F) (12/07)

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____ ,        Case No._____
            **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *2045*<br><br>*Creditor # : 1*<br>*AFNI*<br>*PO Box 3097*<br>*Bloomington IL 61702* | | *H* | *05/25/2011*<br><br>*Utility Bills* | | | | *$ 955.00* |
| Account No: *1535*<br><br>*Creditor # : 2*<br>*Associates In Sleep Medicine*<br>*10640 W. 165th Street*<br>*Orland Park IL 60467-8734* | | *W* | *11/2011*<br><br>*Medical Bills* | | | | *$ 143.00* |
| Account No: *1535*<br><br>*Representing:*<br><br>*Associates In Sleep Medicine* | | | *FFCC - Columbus Inc.*<br>*PO Box 20790*<br>*Columbus OH 43220* | | | | |

   _40_ continuation sheets attached                                                      **Subtotal $**          | *$ 1,098.00*

                                             **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____ ,        Case No._____

Debtor(s)                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 2651<br><br>Creditor # : 3<br>Associated Pathology Consultants<br>200 North Berteau Avenue<br>Elmhurst IL 60126 | | W | 03/2010<br>Medical Bills | | | | $ 163.00 |
| Account No: 2651<br><br>Representing:<br><br>Associated Pathology Consultants | | | Northwest Collectors<br>3601 Algonquin Road<br>Suite 232<br>Rolling Meadows IL 60008 | | | | |
| Account No: 4461<br><br>Creditor # : 4<br>AT&T U-Verse<br>PO Box 5014<br>Carol Stream IL 60197 | | H | 05/02/2012<br>Utility Bills | | | | $ 846.00 |
| Account No: 4461<br><br>Representing:<br><br>AT&T U-Verse | | | IC Systems<br>PO Box 64378<br>Saint Paul MN 55164 | | | | |
| Account No: 5517<br><br>Creditor # : 5<br>AT&T West Asset<br>7171 Merry Road<br>Omaha NE 68106 | | W | 02/2011<br>Utility Bills | | | | $ 142.00 |

Sheet No. _1_ of _40_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 1,151.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____ ,        Case No._____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    5517 Representing:  AT&T West Asset | | | Enhanced Recovery Co, LLC 8014 Bayberry Road Jacksonville FL 32256 | | | | |
| Account No:    9421 Creditor # : 6 AT&T Mobility 208 S Akard Street Dallas TX 75202 | | W | 06/2012 Utility Bills | | | | $ 1,915.23 |
| Account No:    9421 Representing:  AT&T Mobility | | | Afni 1310 Martin Luther Kind Drive PO Box 3517 Bloomington IL 61702-3507 | | | | |
| Account No:    9421 Representing:  AT&T Mobility | | | PFG of Minnesota 7825 Washington Avenue S. Suite 310 Minneapolis MN 55439. | | | | |
| Account No:    9421 Representing:  AT&T Mobility | | | Enhanced Recovery Company LLc 8014 Bayberry Road Jacksonville FL 32256 | | | | |

Sheet No.  _2_  of  _40_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 1,915.23

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **Kenneth W. Wyatt III and Kelly M. Wyatt** ,    Case No._____
           **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **9789**<br><br>**Creditor # : 7**<br>**AT&T**<br>**P.O. Box 5080**<br>**Carol Stream IL 60197** | | W | **06/2007**<br>**Utility Bills** | | | | $ 141.00 |
| Account No: **9789**<br><br>**Representing:**<br><br>**AT&T** | | | **West Assets**<br>**7171 Mercy Road**<br>**Omaha NE 68106** | | | | |
| Account No: **9-01**<br>**Creditor # : 8**<br>**AT&T Mobility**<br>**PO Box 6416**<br>**Carol Stream IL 60197** | | W | **06/2012**<br>**Utility Bills**<br>**1623.08** | | | | $ 1,623.08 |
| Account No: **9-01**<br><br>**Representing:**<br><br>**AT&T Mobility** | | | **AFNI**<br>**PO Box 3517**<br>**Bloomington IL 61702-3517** | | | | |
| Account No: **7103**<br>**Creditor # : 9**<br>**AT&T Mobility**<br>**PO Box 6414**<br>**Carol Stream IL 60197** | | W | **08/2012**<br>**Utility Bills** | | | | $ 507.00 |

Sheet No. __3__ of __40__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 2,271.08
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re <u>Kenneth W. Wyatt III and Kelly M. Wyatt</u>,   Case No._____
**Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 7103 Representing: AT&T Mobility | | | EOS CCA 700 Longwater Drive Norwell MA 02061 | | | | |
| Account No: 3700 Creditor # : 10 ATI Physical Therapy 790 Remington Blvd Bolingbrook IL 60440 | | H | 08/2013 Medical Bills | | | | $ 181.03 |
| Account No: 3700 Representing: ATI Physical Therapy | | | Transworls Systems 507 Prudential Road Horsham PA 19044 | | | | |
| Account No: 0001 Creditor # : 11 Att Cingular 13969 Coney Island Avenue Brooklyn NY 11230 | | W | 05/2010 Utility Bills | | | | $ 378.00 |
| Account No: 0001 Creditor # : 12 Banfield Pet Hospital 1550 Butterfield Road Downers Grove IL 60515 | | W | 05/2011 Vet Bill | | | | $ 329.00 |

Sheet No. 4 of 40 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ ____ $ 888.03
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____ ,      Case No._____
          **Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *0001*<br><br>*Representing:*<br><br>*Banfield Pet Hospital* | | | *IC System Inc.*<br>*PO Box 64378*<br>*Saint Paul MN 55164* | | | | |
| Account No:   *5190*<br>*Creditor # : 13*<br>*Bank of America, NA*<br>*100 North Broadway*<br>*Saint Louis MO 63102* | | *J* | *7/09/2010*<br>*Over Draft* | | | | $ 551.73 |
| Account No:   *0711*<br>*Creditor # : 14*<br>*Blast Fitness Lombard*<br>*1141 S. Main Street*<br>*Lombard IL 60148* | | *H* | *08/22/2013*<br>*Gym Membership* | | | | $ 131.96 |
| Account No:   *0711*<br><br>*Representing:*<br><br>*Blast Fitness Lombard* | | | *Seas & Associates LLC*<br>*PO Box 15174*<br>*Old Forge PA 185181* | | | | |
| Account No:   *1611*<br>*Creditor # : 15*<br>*Capital Management Services LP*<br>*726 Exchange Street*<br>*Suite 700*<br>*Buffalo NY 14210* | | *H* | *06/09/2012*<br>*Credit Card Bills* | | | | $ 536.16 |

Sheet No.   _5_  of   _40_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 1,219.85

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Kenneth W. Wyatt III and Kelly M. Wyatt**                          ,        Case No._____
**Debtor(s)**                                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   4090 <br> Creditor # : 16 <br> Capital One <br> Capital One Bank N.A. <br> P.O. Box 30281 <br> Salt Lake City UT 84130 | H | 09/07/2012 <br> Credit Card Bills | | | | $ 709.00 |
| Account No:   1822 <br> Creditor # : 17 <br> Capital One <br> Po Box 30281 <br> Salt Lake City UT 84130 | H | 04/23/2012 <br> Credit Card Bills | | | | $ 548.00 |
| Account No:   9406 <br> Creditor # : 18 <br> Capital One <br> PO Box 30253 <br> Salt Lake City UT 84130-0253 | H | 05/02/2012 <br> Credit Card Bills | | | | $ 502.00 |
| Account No:   9406 <br> Representing: <br> Capital One | | Portfolio Recovery Associates <br> PO Box 30253 <br> Salt Lake City UT 84130 | | | | |
| Account No:   9549 <br> Creditor # : 19 <br> Capital One <br> Capital One Bank N.A. <br> P.O. Box 30253 <br> Salt Lake City UT 84130 | W | Credit Card Bills | | | | $ 536.84 |

Sheet No.   6   of   40   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 2,295.84

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____ ,   Case No._____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No.   9549 Representing: Capital One | | | Portfolio Recovery Associates PO Box 12914 Norfolk VA 23541-1223 | | | | |
| Account No.   6513 Creditor # : 20 Capital One Capital One Bank N.A. P.O. Box 6492 CAROL STREAM IL 60197-6492 | | W | 09/2012 Credit Card Bills | | | | $ 694.91 |
| Account No.   4939 Creditor # : 21 Capital One Capital One Bank N.A. P.O. Box 30281 Salt Lake City UT 84130 | | H | 10/03/2012 Credit Card Bills | | | | $ 502.36 |
| Account No.   4939 Representing: Capital One | | | Portfolio Recovery Associates PO Box 12914 Norfolk VA 23541 | | | | |
| Account No.   3240 Creditor # : 22 Carol Stream Public Libray 616 Hawatha Drive Carol Stream IL 60188 | | W | 04/2008 Library Fees | | | | $ 210.00 |

Sheet No. __7__ of __40__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 1,407.27

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **Kenneth W. Wyatt III and Kelly M. Wyatt**                    ,     Case No._____
**Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  3240 <br> Representing: <br> Carol Stream Public Libray | | | Unique National Collection <br> 119 E. Maple Street <br> Jeffersonville IN 47130 | | | | |
| Account No:  0251 <br> Creditor # : 23 <br> Central DuPage Hospital <br> Financial Clearance Center <br> 25 North Winfield Road <br> Winfield IL 60190 | | W | 02/2011 <br> Medical Bills | | | | $ 600.00 |
| Account No:  0251 <br> Representing: <br> Central DuPage Hospital | | | Merchants Credit Guide <br> 223 W. Jackson Blvd <br> Ste 410 <br> Chicago IL 60606 | | | | |
| Account No:  4459 <br> Creditor # : 24 <br> Central DuPage Hospital <br> Financial Clearance Center <br> 25 North Winfield Road <br> Winfield IL 60190 | | W | 02/2011 <br> Medical Bills | | | | $ 153.00 |
| Account No:  4459 <br> Representing: <br> Central DuPage Hospital | | | Merchants Credit Guide <br> 223 W. Jackson Blvd <br> Ste 410 <br> Chicago IL 60606 | | | | |

Sheet No.  _8_ of  _40_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 753.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____ ,    Case No._____
     **Debtor(s)**                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No:   6487<br><br>Creditor # : 25<br>Central DuPage Hospital<br>Financial Clearance Center<br>25 North Winfield Road<br>Winfield IL 60190 | W | 10/2010<br>Medical Bills | | | | $ 164.00 |
| Account No:   6487<br><br>Representing:<br><br>Central DuPage Hospital | | Merchants Credit Guide<br>203 W. Jackson Blvd<br>Suite 410<br>Chicago IL 60606 | | | | |
| Account No:   6368<br><br>Creditor # : 26<br>Central DuPage Hospital<br>Financial Clearance Center<br>25 North Winfield Road<br>Winfield IL 60190 | W | 05/2013<br>Medical Bills | | | | $ 37.00 |
| Account No:   6368<br><br>Representing:<br><br>Central DuPage Hospital | | Healthcare Recovery Solutions<br>1515 W. 190th Street<br>Suite 350<br>Gardena CA 90248 | | | | |
| Account No:   2983<br><br>Creditor # : 27<br>Central DuPage Hospital<br>Financial Clearance Center<br>25 North Winfield Road<br>Winfield IL 60190 | W | 07/2012<br>Medical Bills | | | | $ 311.00 |

Sheet No.   9   of   40   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                     $ 512.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re  Kenneth W. Wyatt III and Kelly M. Wyatt  ,  Case No. _____
                            **Debtor(s)**                                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  2983 *Representing:* Central DuPage Hospital | | | Merchants Credit Guide 223 W. Jackson Blvd Ste 410 Chicago IL 60606 | | | | |
| Account No:  1352 Creditor # : 28 Central DuPage Hospital Financial Clearance Center 25 North Winfield Road Winfield IL 60190 | | W | 09/2011 Medical Bills | | | | $ 191.00 |
| Account No:  1352 *Representing:* Central DuPage Hospital | | | Merchants Credit Guide 223 W. Jackson Blvd Ste 410 Chicago IL 60606 | | | | |
| Account No:  3615 Creditor # : 29 Central DuPage Hospital Financial Clearance Center 25 North Winfield Road Winfield IL 60190 | | W | 30/13/2013 Medical Bills | | | | $ 360.00 |
| Account No:  2130 Creditor # : 30 Central DuPage Emergency Physicians Financial Clearance Center 25 North Winfield Road Winfield IL 60190 | | W | 07/2013 Medical Bills | | | | $ 174.00 |

Sheet No.  10  of  40  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 725.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____ ,   Case No._____
                     **Debtor(s)**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2130<br><br>Representing:<br><br>Central DuPage Emergency Physicians | | | Healthcare Recovery Services<br>1515 W 190th Street<br>Suite 350<br>Gardena CA 90248 | | | | |
| Account No:   6684<br>Creditor # : 31<br>Central DuPage Hospital<br>Financial Clearance Center<br>25 North Winfield Road<br>Winfield IL 60190 | | W | 11/2012<br>Medical Bills | | | | $ 59.00 |
| Account No:   6684<br><br>Representing:<br><br>Central DuPage Hospital | | | Healthcare Recovery Solutions<br>1515 W. 190th Street<br>Suite 350<br>Gardena CA 90248 | | | | |
| Account No:   3123<br>Creditor # : 32<br>Central DuPage Hospital<br>Financial Clearance Center<br>25 North Winfield Road<br>Winfield IL 60190 | | W | 07/2012<br>Medical Bills | | | | $ 54.00 |
| Account No:   3123<br><br>Representing:<br><br>Central DuPage Hospital | | | Healthcare Recovery Solutions<br>1515 W. 190th Street<br>Suite 350<br>Gardena CA 90248 | | | | |

Sheet No. _11_ of _40_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            $ 113.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Kenneth W. Wyatt III and Kelly M. Wyatt                                ,          Case No. _____
              **Debtor(s)**                                                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  9000<br>Creditor # : 33<br>Central DuPage Hospital<br>Financial Clearance Center<br>25 North Winfield Road<br>Winfield IL 60190 | H | 02/2008<br>Medical Bills | | | | $ 443.00 |
| Account No:  9000<br>Representing:<br>Central DuPage Hospital | | Medical Business Bureau<br>1460 Renaissance Drive<br>Park Ridge IL 60068 | | | | |
| Account No:  9001<br>Creditor # : 34<br>Central DuPage Emergency Physicians<br>Financial Clearance Center<br>25 North Winfield Road<br>Winfield IL 60190 | H | 02/2008<br>Medical Bills | | | | $ 201.00 |
| Account No:  9001<br>Representing:<br>Central DuPage Emergency Physicians | | Medical Business Bureau<br>1460 Reniassance Drive<br>Park Ridge IL 60068 | | | | |
| Account No:  0471<br>Creditor # : 35<br>Central DuPage Hospital<br>Financial Clearance Center<br>25 North Winfield Road<br>Winfield IL 60190 | W | 1-16-2013<br>Medical Bills | | | | $ 1,207.68 |

Sheet No.  12  of   40  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 1,851.68

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re <u>Kenneth W. Wyatt III and Kelly M. Wyatt</u> ,   Case No._____
_____
**Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   0471<br><br>*Representing:*<br><br>*Central DuPage Hospital* | | *Healthcare Recovery Solutions*<br>*1515 190th Street*<br>*Suite 350*<br>*   90218* | | | | |
| Account No.   2435<br>*Creditor # : 36*<br>*Central DuPage Emergency*<br>*Physicians*<br>*Financial Clearance Center*<br>*25 North Winfield Road*<br>*Winfield IL 60190* | W | *09/2011*<br>*Medical Bills* | | | | $ 52.00 |
| Account No.   2435<br><br>*Representing:*<br><br>*Central DuPage Emergency Physicians* | | *Medical Business Bureau*<br>*1460 Rennissance Drive*<br>*Park Ridge IL 60068* | | | | |
| Account No.   8344<br>*Creditor # : 37*<br>*Central DuPage Hospital*<br>*Financial Clearance Center*<br>*25 North Winfield Road*<br>*Winfield IL 60190* | W | *12/28/2011*<br>*Medical Bills* | | | | $ 59.04 |
| Account No.   4152<br>*Creditor # : 38*<br>*Central DuPage Emergency*<br>*Physicians*<br>*Financial Clearance Center*<br>*25 North Winfield Road*<br>*Winfield IL 60190* | W | *4/2010*<br>*Medical Bills* | | | | $ 339.00 |

Sheet No. <u>13</u> of <u>40</u> continuation sheets attached to Schedule of                                    Subtotal $       $ 450.04
Creditors Holding Unsecured Nonpriority Claims                                                                Total $
                                                                    (Use only on last page of the completed Schedule F. Report also on Summary of
                                                                    Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____ ,   Case No._____
                **Debtor(s)**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   4152<br><br>Representing:<br><br>Central DuPage Emergency Physicians | | | Medical Business Bureu<br>1460 Renaissance Drive<br>Park Ridge IL 60068 | | | | |
| Account No.   6504<br>Creditor # : 39<br>Central DuPage Hospital<br>Financial Clearance Center<br>25 North Winfield Road<br>Winfield IL 60190 | | H | 02/05/2013<br>Medical Bills | | | | $ 5,500.00 |
| Account No.   1845<br>Creditor # : 40<br>Central DuPage Hospital<br>Financial Clearance Center<br>25 North Winfield Road<br>Winfield IL 60190 | | W | 08/2011<br>Medical Bills | | | | $ 1,036.00 |
| Account No.   1845<br><br>Representing:<br><br>Central DuPage Hospital | | | Merchants Credit Guide<br>223 W. Jackson Blvd<br>Ste 410<br>Chicago IL 60606 | | | | |
| Account No.   5459<br>Creditor # : 41<br>Central DuPage Hospital<br>Financial Clearance Center<br>25 North Winfield Road<br>Winfield IL 60190 | | W | 08/2011<br>Medical Bills | | | | $ 364.00 |

Sheet No.  14  of   40  continuation sheets attached to Schedule of                               **Subtotal $**     $ 6,900.00
Creditors Holding Unsecured Nonpriority Claims                                                     **Total $**
                                   (Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____ ,        Case No._____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    *5459* <br> *Representing:* <br> *Central DuPage Hospital* | | | *Merchants Credit Guide* <br> *223 W. Jackson Blvd* <br> *Ste 410* <br> *Chicago IL 60606* | | | | |
| Account No:    *5191* <br> *Creditor # : 42* <br> *Central DuPage Hospital* <br> *Financial Clearance Center* <br> *25 North Winfield Road* <br> *Winfield IL 60190* | | W | *02/2011* <br> *Medical Bills* | | | | $ 187.00 |
| Account No:    *5191* <br> *Representing:* <br> *Central DuPage Hospital* | | | *Merchants Credit Guide* <br> *223 W. Jackson Blvd* <br> *Ste 410* <br> *Chicago IL 60606* | | | | |
| Account No:    *9062* <br> *Creditor # : 43* <br> *Comcast* <br> *PO Box 3002* <br> *Southeastern PA 19398-3107* | | H | *04/2013* <br> *Utility Bills* | | | | $ 261.00 |
| Account No:    *9062* <br> *Representing:* <br> *Comcast* | | | *Steller Recovery* <br> *1327 Highway 2 West* <br> *Suite 100* <br> *Kalispell MT 59901* | | | | |

Sheet No. __15__ of __40__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 448.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____ ,        Case No._____
              **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   7202 *Creditor # : 44* Comcast PO Box 3002 Southeastern PA 19398-3107 | | W | 12/2012 *Utility Bills* | | | | $ 368.00 |
| Account No:   7202 *Representing:* Comcast | | | Steller Recovery 1327 Highway 2 W Suite 100 Kalispell MT 59901 | | | | |
| Account No:   3681 *Creditor # : 45* Continental Finance Company LLC PO Box 8099 Newark DE 19714-8099 | | | 07/19/2012 *Credit Card Bills* | | | | $ 473.97 |
| Account No:   3681 *Representing:* Continental Finance Company LLC | | | Stoneleigh Recovery Associates PO Box 1479 Lombard IL 60148 | | | | |
| Account No:   3681 *Representing:* Continental Finance Company LLC | | | ICUL Service Corporation 1807 W. Deil Road Naperville IL 60563-1890 | | | | |

Sheet No.   16   of   40   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 841.97

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_ ,   Case No._____
   **Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 0001<br>Creditor # : 46<br>Denson Shops<br>509 S. Carlton<br>PO Box 703<br>Wheaton IL 60187 | | H | 06/24/2007<br>Medical Bills | | | | $ 69.26 |
| Account No: 5353<br>Creditor # : 47<br>Devry University<br>3005 Highland Parkway<br>Downers Grove IL 60515 | | H | 11/2005<br>Tuition | | | | $ 1,555.14 |
| Account No: unk<br>Creditor # : 48<br>Dish Network<br>PO Box 94063<br>Palatine IL 60094 | | H | 2008-2009<br>Utility Bills | | | | $ 1.00 |
| Account No: 769<br>Creditor # : 49<br>Dr Anthony C Lullo DDS, PC<br>325 S Main Street<br>Lombard IL 60148 | | H | 07/2012<br>Medical Bills | | | | $ 287.47 |
| Account No: 1061<br>Creditor # : 50<br>DuPage Medical Group<br>15921 Collections Center Drive<br>Chicago IL 60693 | | W | 02/2011<br>Medical Bills | | | | $ 53.00 |

Sheet No. _17_ of _40_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 1,965.87

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____,   Case No._____
                    **Debtor(s)**                                                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1061 *Representing:* *DuPage Medical Group* | | | Merchants Credit Guide 223 W. Jackson Blvd Ste 410 Chicago IL 60606 | | | | |
| Account No:   0190 *Creditor # : 51 DuPage Medical Group 15921 Collections Center Drive Chicago IL 60693* | | W | 12/2010 Medical Bills | | | | $ 87.00 |
| Account No:   0190 *Representing:* *DuPage Medical Group* | | | Merchants Credit Guide 223 W. Jackson Blvd Ste 410 Chicago IL 60606 | | | | |
| Account No:   0189 *Creditor # : 52 DuPage Medical Group 15921 Collections Center Drive Chicago IL 60693* | | W | 12/2010 Medical Bills | | | | $ 134.00 |
| Account No:   0189 *Representing:* *DuPage Medical Group* | | | Merchants Credit Guide 223 W. Jackson Blvd Ste 410 Chicago IL 60606 | | | | |

Sheet No. _18_ of _40_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 221.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____ ,      Case No._____
       **Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   0077<br><br>*Creditor # : 53*<br>*DuPage Medical Group*<br>*15921 Collections Center Drive*<br>*Chicago IL 60693* | W | *04/2013*<br>*Medical Bills* | | | | $ 88.00 |
| Account No:   0077<br><br>*Representing:*<br><br>*DuPage Medical Group* | | *Merchants Credit Guide*<br>*223 W. Jackson Blvd*<br>*Ste 410*<br>*Chicago IL 60606* | | | | |
| Account No:   0079<br><br>*Creditor # : 54*<br>*DuPage Medical Group*<br>*15921 Collections Center Drive*<br>*Chicago IL 60693* | W | *04/2013*<br>*Medical Bills* | | | | $ 207.00 |
| Account No:   0079<br><br>*Representing:*<br><br>*DuPage Medical Group* | | *Merchants Credit Guide*<br>*223 W. Jackson Blvd*<br>*Ste 410*<br>*Chicago IL 60606* | | | | |
| Account No:   0988<br><br>*Creditor # : 55*<br>*DuPage Medical Group*<br>*15921 Collections Center Drive*<br>*Chicago IL 60693* | W | *02/26/2013*<br>*Medical Bills* | | | | $ 337.72 |

Sheet No. _19_ of _40_ continuation sheets attached to Schedule of                    Subtotal $ | $ 632.72
Creditors Holding Unsecured Nonpriority Claims                                         Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Kenneth W. Wyatt III and Kelly M. Wyatt                    ,        Case No. _____
                          **Debtor(s)**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   0988<br><br>Representing:<br><br>DuPage Medical Group | | | Merchants Credit Guide<br>223 W. Jackson Blvd<br>Ste 410<br>Chicago IL 60606 | | | | |
| Account No.   0021<br>Creditor # : 56<br>DuPage Medical Group<br>15921 Collections Center Drive<br>Chicago IL 60693 | | W | 6/2009<br>Medical Bills | | | | $ 50.00 |
| Account No.   0021<br><br>Representing:<br><br>DuPage Medical Group | | | Merchant Credit Guide<br>223 W. Jackson Blvd.<br>Suite 410<br>Chicago IL 60606 | | | | |
| Account No.   0513<br>Creditor # : 57<br>DuPage Medical Group<br>15921 Collections Center Drive<br>Chicago IL 60693 | | W | 12/06/2011<br>Medical Bills | | | | $ 557.25 |
| Account No.   2343<br>Creditor # : 58<br>DuPage Medical Group<br>15921 Collections Center Drive<br>Chicago IL 60693 | | W | 08/2011<br>Medical Bills | | | | $ 584.00 |

Sheet No.  20  of  40  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 1,191.25

Total $

(Use only on last page of the completed Schedule F. Report on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Kenneth W. Wyatt III and Kelly M. Wyatt**                    ,          Case No._____
             **Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  **2343** Representing: DuPage Medical Group | | | Merchants Credit Guide 223 W. Jackson Blvd Ste 410 Chicago IL 60606 | | | | |
| Account No:  **0540** Creditor # : 59 DuPage Medical Group 15921 Collections Center Drive Chicago IL 60693 | | W | 05/2011 Medical Bills | | | | $ 415.00 |
| Account No:  **0540** Representing: DuPage Medical Group | | | Merchants Credit Guide 223 W. Jackson Blvd Ste 410 Chicago IL 60606 | | | | |
| Account No:  **1226** Creditor # : 60 DuPage Medical Group 15921 Collections Center Drive Chicago IL 60693 | | W | 11/2012 Medical Bills | | | | $ 73.00 |
| Account No:  **1226** Representing: DuPage Medical Group | | | Merchants Credit Guide 223 W. Jackson Blvd Ste 410 Chicago IL 60606 | | | | |

Sheet No.  **21**  of   **40**  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 488.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Kenneth W. Wyatt III and Kelly M. Wyatt**                    ,          Case No. _____
                                    **Debtor(s)**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   0020<br><br>Creditor # : 61<br>DuPage Medical Group<br>15921 Collections Center Drive<br>Chicago IL 60693 | W | 06/2009<br>Medical Bills | | | | $ 1,108.00 |
| Account No:   0020<br><br>Representing:<br><br>DuPage Medical Group | | Merchants Credit Guide<br>223 W/ Jackson Blvd<br>Suite 410<br>Chicago IL 60606 | | | | |
| Account No:   0186<br><br>Creditor # : 62<br>DuPage Medical Group<br>15921 Collections Center Drive<br>Chicago IL 60693 | W | 07/2012<br>Medical Bills | | | | $ 83.00 |
| Account No:   0186<br><br>Representing:<br><br>DuPage Medical Group | | Merchants Credit Guide<br>223 W. Jackson Blvd<br>Ste 410<br>Chicago IL 60606 | | | | |
| Account No:   2021<br><br>Creditor # : 63<br>DuPage Medical Group<br>15921 Collections Center Drive<br>Chicago IL 60693 | W | 09/2009<br>Medical Bills | | | | $ 54.00 |

Sheet No.   22   of   40   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 1,245.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_ ,            Case No. _____

**Debtor(s)**                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2021<br><br>Representing:<br><br>DuPage Medical Group | | | Merchant Credit Guide<br>223 W. Jackson Blvd.<br>Suite 410<br>Chicago IL 60606 | | | | |
| Account No:   0094<br>Creditor # : 64<br>DuPage Medical Group<br>15921 Collections Center Drive<br>Chicago IL 60693 | | W | 01/201<br>Medical Bills | | | | $ 579.00 |
| Account No:   0094<br><br>Representing:<br><br>DuPage Medical Group | | | Merchants Credit guide<br>223 W. Jackson Blvd.<br> Suite 410<br>Chicago IL 606060 | | | | |
| Account No:   7210<br>Creditor # : 65<br>DuPage Medical Group<br>15921 Collections Center Drive<br>Chicago IL 60693 | | W | 09/2010<br>Medical Bills | | | | $ 947.00 |
| Account No:   7210<br><br>Representing:<br><br>DuPage Medical Group | | | Merchants Credit Guide<br>223 West Jackson Blvd.<br>Suite 410<br>Chicago IL 60606 | | | | |

Sheet No.   _23_ of   _40_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            $ 1,526.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **Kenneth W. Wyatt III and Kelly M. Wyatt** , Case No._____
_____**Debtor(s)**_____ **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 2716<br>Creditor # : 66<br>DuPage Medical Group<br>15921 Collections Center Drive<br>Chicago IL 60693 | | W | 10/2010<br>Medical Bills | | | | $ 79.00 |
| Account No: 2716<br>Representing:<br>DuPage Medical Group | | | Merchants Credit Guide<br>223 W. Jackson Blvd<br>Ste 410<br>Chicago IL 60606 | | | | |
| Account No: 0189<br>Creditor # : 67<br>DuPage Medical Group<br>15921 Collections Center Drive<br>Chicago IL 60693 | | W | 07/2012<br>Medical Bills | | | | $ 119.00 |
| Account No: 0189<br>Representing:<br>DuPage Medical Group | | | Merchants Credit Guide<br>223 W. Jackson Blvd<br>Ste 410<br>Chicago IL 60606 | | | | |
| Account No: 0075<br>Creditor # : 68<br>DuPage Medical Group<br>15921 Collections Center Drive<br>Chicago IL 60693 | | W | 04/2013<br>Medical Bills | | | | $ 122.00 |

Sheet No. 24 of 40 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 320.00
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____ ,        Case No._____
**Debtor(s)**                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0075 *Representing:* DuPage Medical Group | | | Merchants Credit Guide 223 W. Jackson Blvd Ste 410 Chicago IL 60606 | | | | |
| Account No:   0428 Creditor # : 69 DuPage Medical Group 15921 Collections Center Drive Chicago IL 60693 | | W | 10/2012 Medical Bills | | | | $ 69.00 |
| Account No:   0428 *Representing:* DuPage Medical Group | | | Merchants Credit Guide 223 W. Jackson Blvd Ste 410 Chicago IL 60606 | | | | |
| Account No:   0190 Creditor # : 70 DuPage Medical Group 15921 Collections Center Drive Chicago IL 60693 | | W | 07/2012 Medical Bills | | | | $ 84.00 |
| Account No:   0190 *Representing:* DuPage Medical Group | | | Merchants Credit Guide 223 W. Jackson Blvd Ste 410 Chicago IL 60606 | | | | |

Sheet No.   25  of    40  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                          $ 153.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Kenneth W. Wyatt III and Kelly M. Wyatt**                    ,     Case No. _____
   **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No:   0188 Creditor # : 71 DuPage Medical Group 15921 Collections Center Drive Chicago IL 60693 | J | 07/2012 Medical Bills | | | | $ 51.00 |
| Account No:   0188 Representing: DuPage Medical Group | | Merchants Credit Guide 223 W. Jackson Blvd Ste 410 Chicago IL 60606 | | | | |
| Account No:   0184 Creditor # : 72 DuPage Medical Group 15921 Collections Center Drive Chicago IL 60693 | W | 07/2012 Medical Bills | | | | $ 119.00 |
| Account No:   0184 Representing: DuPage Medical Group | | Merchants Credit Guide 223 W. Jackson Blvd Ste 410 Chicago IL 60606 | | | | |
| Account No:   0601 Creditor # : 73 DuPage Valley Anesthesia 2725 S. Technology Drive Lombard IL 60148 | W | 02/2011 Medical Bills | | | | $ 50.00 |

Sheet No.  26  of   40  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 220.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____ ,       Case No. _____
           **Debtor(s)**                                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   0601 <br><br> Representing: <br><br> DuPage Valley Anesthesia | | | Medical Business Bureau <br> 1460 Renaissance Drive <br> Park Ridge IL 60068 | | | | |
| Account No.   9941 <br> Creditor # : 74 <br> Elmhurst Memorial Healthcare <br> PO Box 4052 <br> Carol Stream IL 60197 | | W | Medical Bills | | | | $ 16.31 |
| Account No.   9941 <br><br> Representing: <br><br> Elmhurst Memorial Healthcare | | | Computer Credit Inc. <br> Claim Dept 003482 <br> 640 W. 4th Street, PO Box 5238 <br> Winston Salem NC 27113 | | | | |
| Account No.   2517 <br> Creditor # : 75 <br> Elmhurst Memorial Hospital <br> PO Box 4052 <br> Carol Stream IL 60197 | | H | 11/18/2011 <br> Medical Bills | | | | $ 94.26 |
| Account No.   9253 <br> Creditor # : 76 <br> Elmhurst Memorial Hospital <br> PO Box 4052 <br> Carol Stream IL 60197-4052 | | W | 11/23/2012 <br> Medical Bills | | | | $ 13.67 |

Sheet No. _27_ of _40_ continuation sheets attached to Schedule of                                 **Subtotal $**        $ 124.24
Creditors Holding Unsecured Nonpriority Claims                                                           **Total $**
                                                                     (Use only on last page of the completed Schedule F. Report on Summary of
                                                                     Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Kenneth W. Wyatt III and Kelly M. Wyatt** ,              Case No. _____
                    **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    2683<br>Creditor # : 77<br>Elmhurst Memorial Hospital<br>PO Box 4052<br>Carol Stream IL 60197 | | W | 04/08/2012<br>Medical Bills | | | | $ 136.51 |
| Account No:    1575<br>Creditor # : 78<br>Elmhurst Memorial Hospital<br>PO Box 4052<br>Carol Stream IL 60197 | | H | 03/14/2012<br>Medical Bills | | | | $ 152.00 |
| Account No:    9190<br>Creditor # : 79<br>Elmhurst Memorial Hospital<br>PO Box 4052<br>Carol Stream IL 601972 | | H | 12/01/2011<br>Medical Bills | | | | $ 68.50 |
| Account No:    2256<br>Creditor # : 80<br>Enhanced Recovery Company LLC<br>8014 Bayberry Road<br>Jacksonville FL 32256 | | W | 05/2013<br>Utility Bills | | | | $ 358.24 |
| Account No:    0120<br>Creditor # : 81<br>First Premier Bank<br>601<br>S. Minnesota Avenue<br>Sioux Falls SD 57104 | | W | 06/2005<br>Credit Card Bills | | | | $ 520.00 |

Sheet No. __28__ of __40__ continuation sheets attached to Schedule of                    Subtotal $          $ 1,235.25
Creditors Holding Unsecured Nonpriority Claims                                            Total $
                                                               (Use only on last page of the completed Schedule F. Report also on Summary of
                                                               Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re **Kenneth W. Wyatt III and Kelly M. Wyatt**         ,         Case No. _____

        **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **4423** <br><br> **Creditor # : 82** <br> **Ford Motor Credit** <br> **PO Box 64400** <br> **Colorado Springs CO 80962-4400** | | H | 02/2011 <br> Vehicle Loan | | | | $ 7,820.33 |
| Account No: **4423** <br><br> **Representing:** <br><br> **Ford Motor Credit** | | | Freedman Anselmo Lindberg, llc <br> 1771 W. Diehl Road <br> Suite 150 <br> Naperville,  IL 60563 | | | | |
| Account No: **6684** <br> **Creditor # : 83** <br> **Healthcare Recovery Solutions** <br> **1515 W 190th Street** <br> **Suite 350** <br> **Gardena CA 90248** | | W | 08/2012 <br> Medical Bills | | | | $ 59.00 |
| Account No: **3123** <br> **Creditor # : 84** <br> **Healthcare Recovery Solutions** <br> **Dept LA 23873** <br> **Pasadena CA 91185** | | W | 10/01/2011 <br> Medical Bills | | | | $ 53.72 |
| Account No: **6368** <br> **Creditor # : 85** <br> **Healthcare Recovery Solutions** <br> **Dept LA 23873** <br> **Pasadena CA 91185** | | W | 12/04/2012 <br> Medical Bills | | | | $ 37.44 |

Sheet No. **29** of **40** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                Subtotal $       $ 7,970.49

                                                      Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____ ,         Case No._____
                    **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2130  Creditor # : 86  Healthcare Recovery Solutions  Dept LA 23873  Pasadena CA 91185 | | W | 10/11/2012  Medical Bills | | | | $ 270.69 |
| Account No:   3807  Creditor # : 87  Humana  111 Ryan Court  Suite 300  Pittsburgh PA 15205 | | W | 01/2013  Medical Bills | | | | $ 2,535.00 |
| Account No:   5400  Creditor # : 88  ISAC / Sallie Mae  Bankruptcy Department  1755 Lake Cook Road  Deerfield IL 60015 | | H | 08/2000  Student Loan | | | | $ 38,507.55 |
| Account No:   1794  Creditor # : 89  Lombard Veterinary Hospital  244 E St Charles Rd  Lombard IL 60148 | | H | 10/2007  Vet Bill | | | | $ 0.00 |
| Account No:   1794  Representing:  Lombard Veterinary Hospital | | | IIC Systems  PO Box 64378  Saint Paul MN 55164 | | | | |

Sheet No. _30_ of _40_ continuation sheets attached to Schedule of        Subtotal $        $ 41,313.24
Creditors Holding Unsecured Nonpriority Claims                                   Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____ ,          Case No._____

          **Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   4680<br><br>Creditor # : 90<br>Medac-West Central Anesthesis<br>8386 Solutions Center<br>Chicago IL 60677-8003 | H | 02/05/2013<br>Medical Bills | | | | $ 280.16 |
| Account No:   4680<br><br>Representing:<br><br>Medac-West Central Anesthesis | | Chase Receivables<br>PO Box 159<br>Hawthorne NY 10532-0159 | | | | |
| Account No:   1002<br><br>Creditor # : 91<br>Medical Business Bureau<br>1460 Renaissance Drive<br>Suite 400<br>Park Ridge IL 60068 | W | 10/2007<br>Medical Bills | | | | $ 56.00 |
| Account No:   1003<br><br>Creditor # : 92<br>Medical Business Bureau<br>1460 Renaissance Dr<br>Suite 400<br>Park Ridge IL 60068 | W | 10/2007<br>Medical Bills | | | | $ 65.00 |
| Account No:   1001<br><br>Creditor # : 93<br>Medical Business Bureau<br>1460 Renaissance Drive<br>Suite 400<br>Park Ridge IL 60068 | W | 10/2007<br>Medical Bills | | | | $ 595.00 |

Sheet No. _31_ of _40_ continuation sheets attached to Schedule of                            Subtotal $          $ 996.16
Creditors Holding Unsecured Nonpriority Claims                                                       Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Kenneth W. Wyatt III and Kelly M. Wyatt**                    ,          Case No._____
**Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    2130 <br> Creditor # : 94 <br> Medical Payment Data | | W | 04/2013 <br> Medical Bills | | | | $ 174.00 |
| Account No:    3123 <br> Creditor # : 95 <br> Medical Payment Data | | W | 03/2012 <br> Medical Bills | | | | $ 54.00 |
| Account No:    6368 <br> Creditor # : 96 <br> Medical Payment Data | | W | 05/2013 <br> Medical Bills | | | | $ 37.00 |
| Account No:    0127 <br> Creditor # : 97 <br> Merchants Credit Guide <br> 223 W. Jackson Blvd. <br> Chicago IL 60606 | | W | 06/2013 <br> Medical Bills | | | | $ 87.00 |
| Account No:    8001 <br> Creditor # : 98 <br> Merchants Credit Guide <br> 223 W. Jackson Blvd. <br> Chicago IL 60606 | | W | 08/18/2010 <br> Medical Bills | | | | $ 191.43 |

Sheet No. **32** of **40** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   | $ 543.43
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Kenneth W. Wyatt III and Kelly M. Wyatt**                    ,          Case No._____

**Debtor(s)**                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0078<br><br>Creditor # : 99<br>Merchants Credit Guide<br>225 W Jackson Blvd.<br>Suite 900<br>Chicago IL 60606 | | H | 02/2009<br>Medical Bills | | | | $ 225.00 |
| Account No:    1321<br><br>Creditor # : 100<br>Merchants Credit Guide<br>223 W. Jackson Blvd.<br>Chicago IL 60606 | | W | 01/15/2007<br>Medical Bills | | | | $ 713.00 |
| Account No:    0128<br><br>Creditor # : 101<br>Merchants Credit Guide<br>223 W. Jackson Blvd.<br>Chicago IL 60606 | | W | 06/2013<br>Medical Bills | | | | $ 312.00 |
| Account No:    3264<br><br>Creditor # : 102<br>Merchants Credit Guide<br>223 W. Jackson Blvd.<br>Chicago IL 60606 | | W | 01/07/2013<br>Medical Bills | | | | $ 439.56 |
| Account No:    3271<br><br>Creditor # : 103<br>Merchants Credit Guide<br>223 W. Jackson Blvd.<br>Chicago IL 60606 | | W | 01/30/2013<br>Medical Bills | | | | $ 41.96 |

Sheet No.   **33**   of   **40**   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 1,731.52

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re  Kenneth W. Wyatt III and Kelly M. Wyatt                          ,        Case No. _____
              **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    0739<br>Creditor # : 104<br>Merchants Credit Guide<br>223 W. Jackson Blvd.<br>Chicago IL 60606 | W | 04/15/2013<br>Medical Bills | | | | $ 6,136.09 |
| Account No:    8001<br>Creditor # : 105<br>Merchants Credit Guide<br>223 W. Jackson Blvd.<br>Chicago IL 60606 | W | 11/03/2009<br>Medical Bills | | | | $ 311.80 |
| Account No:    9036<br>Creditor # : 106<br>Merchants Credit Guide<br>223 W. Jackson Blvd.<br>Chicago IL 60606 | W | 10/2007<br>Medical Bills | | | | $ 345.00 |
| Account No:    0928<br>Creditor # : 107<br>Merchants Credit Guide<br>223 W. Jackson Blvd.<br>Chicago IL 60606 | W | 10/2008<br>Medical Bills | | | | $ 918.00 |
| Account No:    5001<br>Creditor # : 108<br>Merchants Credit Guide<br>223 W. Jackson Blvd.<br>Chicago IL 60606 | W | 05/06/2010<br>Medical Bills | | | | $ 364.06 |

Sheet No.  34  of  40  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 8,074.95

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_ ,    Case No._____

**Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    8081 <br><br>Creditor # : 109 <br>Merchants Credit Guide <br>223 W. Jackson Blvd. <br>Suite 900 <br>Chicago IL 60606-6908 | H | 06/2008 <br>Medical Bills | | | | $ 65.00 |
| Account No.    5031 <br><br>Creditor # : 110 <br>Merchants Credit Guide <br>223 W. Jackson Blvd. <br>Suite 900 <br>Chicago IL 60606 | H | 04/2010 <br>Medical Bills | | | | $ 546.00 |
| Account No.    1321 <br><br>Creditor # : 111 <br>Merchants Credit Guide <br>223 W. Jackson Blvd. <br>Chicago IL 60606 | W | 01/15/2007 <br>Medical Bills | | | | $ 713.00 |
| Account No.    2758 <br><br>Creditor # : 112 <br>Midland Funding, LLC/ Midland <br>Credit Managment <br>8875 Aero Drove <br>Suite 200 <br>San Diego CA 921123 | W | Credit Card Bills | | | | $ 3,117.47 |
| Account No.    8844 <br><br>Creditor # : 113 <br>Nicor <br>PO Box 3002 <br>Southeastern PA 19398-3002 | W | 11/2011 <br>Utility Bills | | | | $ 68.59 |

Sheet No. _35_ of _40_ continuation sheets attached to Schedule of    Subtotal $    $ 4,510.06
Creditors Holding Unsecured Nonpriority Claims

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  **Kenneth W. Wyatt III and Kelly M. Wyatt**                          ,     Case No. _____

**Debtor(s)**                                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   8844  Representing:  Nicor | | NCO Financial Sysytems Inc. PO Box 17205 Wilmington DE 19850-7205 | | | | |
| Account No:   8844  Creditor # : 114 Nicor Gas PO Box 5407 Carol Stream IL 60197 | W | 11/2011 Utility Bills | | | | $ 68.59 |
| Account No:   450  Creditor # : 115 Optimal Health and Rehab 142 W. Roosevelt Road Villa Park IL 60181-3504 | H | 10/22/2012 Medical Bills | | | | $ 299.83 |
| Account No:   8528  Creditor # : 116 Orkin Credit and Collections 2170 Piedmont Road NE Atlanta GA 30324 | H | 11/30/11 Pest Control | | | | $ 178.00 |
| Account No:   2442  Creditor # : 117 Pediatric Faculty Foundation 1 Erie Court Oak Park IL 60302 | W | 08/2013 Medical Bills | | | | $ 56.40 |

Sheet No.   **36**   of   **40**   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 602.82

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____ ,     Case No._____
          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   *2442* <br><br>*Representing:* <br><br>*Pediatric Faculty Foundation* | | | *Illinois Collection Service* <br> *PO Box 1010* <br> *Tinley Park IL 60477-9110* | | | | |
| Account No.   *6375* <br> *Creditor # : 118* <br> *Receivables Performance* <br> *Management LLC* <br> *20816 44th Avenue W* <br> *Lynnwood WA 98036* | | H | *05/26/2012* <br> *Utility Bills* | | | | *$ 982.82* |
| Account No.   *5918* <br> *Creditor # : 119* <br> *Sigma Health PC* <br> *10640 W. 165th Street* <br> *Orland Park IL 60467-8734* | | W | *11/27/2011* <br> *Medical Bills* | | | | *$ 28.91* |
| Account No.   *6375* <br> *Creditor # : 120* <br> *Sprint* <br> *6391 Sprint Parkway* <br> *Overland Park KS 66251-4300* | | H | *03/2012* <br> *Utility Bills* | | | | *$ 1,393.51* |
| Account No.   *6375* <br><br>*Representing:* <br><br>*Sprint* | | | *Afni* <br> *1310 Martin Luther King Drive* <br> *PO Box 3517* <br> *Bloomington IL 61702* | | | | |

Sheet No. _37_ of _40_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 2,405.24

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____ ,   Case No._____
   **Debtor(s)**   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (*See instructions above.*) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   6375 <br><br> *Representing:* <br><br> *Sprint* | | | *Receivables Performance Managm 20816 44th Avenue W. Lynnwood WA 98036* | | | | |
| Account No.   3579 <br> *Creditor # : 121 Sprint 6391 Sprint Parkway Overland Park KS 66251* | | H | *05/2013 Utility Bills* | | | | $ 1,393.00 |
| Account No.   3579 <br><br> *Representing:* <br><br> *Sprint* | | | *AFNI Inc. Anderson Financial 404 Brock Drive Bloomington IL 61701* | | | | |
| Account No.   5211 <br> *Creditor # : 122 Surgical Center of DuPage Medical 2725 Technology Drive Lombard IL 60148* | | W | *10/2010 Medical Bills* | | | | $ 172.00 |
| Account No.   5211 <br><br> *Representing:* <br><br> *Surgical Center of DuPage Medical* | | | *Merchants Credit Guides 223 W. Jackson Blvd. Suite 410 Chicago IL 606060* | | | | |

Sheet No. __38__ of __40__ continuation sheets attached to Schedule of   Subtotal $   $ 1,565.00
Creditors Holding Unsecured Nonpriority Claims

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re __Kenneth W. Wyatt III and Kelly M. Wyatt_____ ,    Case No._____
**Debtor(s)**                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   3589<br>Creditor # : 123<br>Village of Villa Park Photo Enforcement<br>75 Remittance Drive<br>Suite 6658<br>Chicago IL 60675 | | H | 09/15/2012<br>Tickets | | | | $ 200.00 |
| Account No.   4408<br>Creditor # : 124<br>Waste Management<br>PO Box 4647<br>Carol Stream IL 60197 | | H | 05/2012<br>Utility Bills | | | | $ 281.37 |
| Account No.   4408<br>Representing:<br>Waste Management | | | RMS<br>240 Emery Street<br>Bethlehem PA 18015 | | | | |
| Account No.   2599<br>Creditor # : 125<br>West Central Anestesia<br>25 N Winfield Road<br>Winfield IL 60190 | | W | 10/2008<br>Medical Bills | | | | $ 218.00 |
| Account No.   2599<br>Representing:<br>West Central Anestesia | | | Medical Business Bureau<br>1400 Rennissance Drive<br>Park Ridge IL 60068 | | | | |

Sheet No. __39_ of __40__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 699.37

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Kenneth W. Wyatt III and Kelly M. Wyatt                    ,   Case No._____
           **Debtor(s)**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   5962<br>Creditor # : 126<br>Winfield Pathology Consultants, S.C.<br>25 N. Winfield Road<br>Winfield IL 60190 | | H | 02/05/2013<br>Medical Bills | | | | $ 16.78 |
| Account No.   1562<br>Creditor # : 127<br>Winfield Radiology Consultants, S.C.<br>25 N. Winfield Road<br>Winfield IL 60190 | | W | 2/2011<br>Medical Bills | | | | $ 12.00 |
| Account No.   1562<br>Representing:<br>Winfield Radiology Consultants, S.C. | | | ATG Credit<br>1700 W. Corland Street<br>Suite 201<br>Chicago IL 60622 | | | | |
| Account No.   2130<br>Creditor # : 128<br>Winfield Radiology Consultants, S.C.<br>25 N. Winfield Road<br>Winfield IL 60190 | | W | 08/2011<br>Medical Bills | | | | $ 10.00 |
| Account No.   2130<br>Representing:<br>Winfield Radiology Consultants, S.C. | | | ATG Credit<br>1700 W. Corland Street<br>Suite 201<br>Chicago IL 60622 | | | | |

Sheet No.  40  of   40  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 38.78

Total $      $ 104,614.38

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re *Kenneth W. Wyatt III and Kelly M. Wyatt*_____ / Debtor      Case No. _____
                                                                                        (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *James Cucchetto*<br>*118 S. Ardmore*<br><br>*Villa Park IL  60181* | Contract Type:*Residential lease*<br>Terms: *two year lease*<br>Beginning date:*11/1/2012*<br>Debtor's Interest:*Lessee*<br>Description: *Single Family Home*<br><br>Buyout Option:*none* |

B6H (Official Form 6H) (12/07)

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____ ,   Case No. _____
           **Debtor(s)**                                                                                          (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S): | | AGE(S): |
| | *Son* | | *7 years* |
| | *Son* | | *5 years* |
| | *Daughter* | | *.75* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Banker* | *Teacher* |
| Name of Employer | *Chase Bank* | *District 58* |
| How Long Employed | *5 years, 4 Months* | *9 years* |
| Address of Employer | *534 W. St. Charles Road*<br>*Elgin IL  60123* | *Downers Grove IL  60515* |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | *4,272.15* | $ *3,946.22* |
| 2. Estimate monthly overtime | $ | *0.00* | $ *0.00* |
| 3. SUBTOTAL | $ | *4,272.15* | $ *3,946.22* |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|    a. Payroll taxes and social security | $ | *711.00* | $ *711.00* |
|    b. Insurance | $ | *196.90* | $ *151.00* |
|    c. Union dues | $ | *0.00* | $ *0.00* |
|    d. Other (Specify): *TRS* | $ | *0.00* | $ *406.00* |
|           *401K LOAN* | $ | *50.16* | $ *0.00* |
|           *Group Legal* | $ | *7.00* | $ *0.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | *965.06* | $ *1,268.00* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | *3,307.09* | $ *2,678.22* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | *0.00* | $ *0.00* |
| 8. Income from real property | $ | *0.00* | $ *0.00* |
| 9. Interest and dividends | $ | *0.00* | $ *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | *0.00* | $ *0.00* |
| 11. Social security or government assistance | | | |
|    (Specify): | $ | *0.00* | $ *0.00* |
| 12. Pension or retirement income | $ | *0.00* | $ *0.00* |
| 13. Other monthly income | | | |
|    (Specify): | $ | *0.00* | $ *0.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | *0.00* | $ *0.00* |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ | *3,307.09* | $ *2,678.22* |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ *5,985.31* | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____ ,        **Case No.** _____

_____**Debtor(s)**_____                                                                                    **(if known)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,525.00 |
| a. Are real estate taxes included?    Yes ☐   No ☒ | | |
| b. Is property insurance included?    Yes ☐   No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 350.00 |
| b. Water and sewer | $ | 200.00 |
| c. Telephone | $ | 210.00 |
| d. Other   *Cable and internet* | $ | 125.00 |
| Other   *Garbage* | $ | 60.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 25.00 |
| 4. Food | $ | 1,100.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 517.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 38.00 |
| b. Life | $ | 22.21 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 130.00 |
| e. Other | $ | 0.00 |
| Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify)   *IRS back taxes* | $ | 150.00 |
| 13. Installment payments: (In chapter 11, 12,  and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 444.89 |
| b. Other: | $ | 0.00 |
| c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other:   *Educational Loan* | $ | 196.00 |
| Other:   *Children school activi/lunches* | $ | 100.00 |
| Line 17 Continuation Page Total (see continuation page for itemization) | $ | 400.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 5,993.10 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 16 of Schedule I | $ | 5,985.31 |
| b. Average monthly expenses from Line 18 above | $ | 5,993.10 |
| c. Monthly net income (a. minus b.) | $ | (7.79) |

B6J (Official Form 6J) (12/07) Continuation Page

In re <u>Kenneth W. Wyatt III and Kelly M. Wyatt</u> ,    Case No. _____
                    **Debtor(s)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR
**(Continuation page)**

**17. (continuation) OTHER EXPENSES**

*Diapers* ........................................................................................................... $ *150.00*

*Formula* ........................................................................................................... $ *250.00*

**Line 17 Continuation Page Total (seen as line item "17" on Schedule J)** | $ | *400.00*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Kenneth W. Wyatt III and Kelly M. Wyatt*

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $          0.00 | | |
| B-Personal Property | *Yes* | *3* | $     27,625.00 | | |
| C-Property Claimed as Exempt | *Yes* | *2* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $     22,310.18 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $      2,050.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *41* | | $    104,614.38 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $      5,985.31 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *2* | | | $      5,993.10 |
| TOTAL | | 55 | $     27,625.00 | $    128,974.56 | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Kenneth W. Wyatt III and Kelly M. Wyatt*                    Case No.

Chapter   **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| **Domestic Support Obligations (from Schedule E)** | $ *0.00* |
| **Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E)** | $ *2,050.00* |
| **Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed)** | $ *0.00* |
| **Student Loan Obligations (from Schedule F)** | $ *38,507.55* |
| **Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E** | $ *0.00* |
| **Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F)** | $ *0.00* |
| **TOTAL** | $ *40,557.55* |

State the following:

| | |
|---|---|
| **Average Income (from Schedule I, Line 16)** | $ *5,985.31* |
| **Average Expenses (from Schedule J, Line 18)** | $ *5,993.10* |
| **Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20)** | $ *8,218.37* |

State the following:

| | | |
|---|---|---|
| **1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column** | | $ *7,310.18* |
| **2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column** | $ *2,050.00* | |
| **3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column** | | $ *0.00* |
| **4. Total from Schedule F** | | $ *104,614.38* |
| **5. Total of non-priority unsecured debt (sum of 1, 3, and 4)** | | $ *111,924.56* |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _Kenneth W. Wyatt III and Kelly M. Wyatt_____      Case No. _____
                              Debtor                                            (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___56___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _12/27/2013_____      Signature _/s/ Kenneth W. Wyatt III_____
                                               Kenneth W. Wyatt III

Date: _12/27/2013_____      Signature _/s/ Kelly M. Wyatt_____
                                               Kelly M. Wyatt

                                   [If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER   (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer:                                      Social security No. :

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____      Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and  the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *Kenneth W. Wyatt III and Kelly M. Wyatt*                    Case No.
                                                                   Chapter   7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - HUSBAND'S DEBTS

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____     (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes     ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date:  _12/27/2013_____        Debtor:  */s/ Kenneth W. Wyatt III*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Kenneth W. Wyatt III and Kelly M. Wyatt*

Case No.
Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

**Part A -**   Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____   (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt      ☐ Not claimed as exempt

**Part B -**   Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes      ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _12/27/2013_          Debtor: */s/ Kelly M. Wyatt*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Kenneth W. Wyatt III and Kelly M. Wyatt*

Case No.
Chapter  **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. *1* |
| --- |

| **Creditor's Name :** | **Describe Property Securing Debt :** |
| --- | --- |
| *Ford Motor Credit*<br>*PO Box 790093*<br>*Saint Louis, MO 63179-0093* | *2011 Ford Escape* |

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. |
| --- |

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
| --- | --- | --- |
| *None* | | ☐ Yes    ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _12/27/2013_____    Debtor: *_/s/ Kenneth W. Wyatt III_____*

Date: _12/27/2013_____    Joint Debtor: *_/s/ Kelly M. Wyatt_____*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: *Kenneth W. Wyatt III*
       *aka Kenneth W. Wyatt III*
       *and*
       *Kelly M. Wyatt*
       *aka Kelly M. O'Toole*

Case No.

_____
(if known)

_____,
                    Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**Year to date:  $43,357**      *Debtor's employment*
   **Last Year:  $46,697**
**Year before: $46,496**

---

**Year to date: $44,356**       *Spouse's employment*
   **Last Year:   $45,652**
**Year before:  $44,753**

## 2. Income other than from employment or operation of business

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors

None
☐

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor: Ford Motor Credit* <br> *Address:* | *September, October, November 2013* | *$1,334.67* | *$22,000.00* |
| *Creditor: James Cucchetto, landlord* <br> *Address: 118 S. Ardmore* <br> *Villa Park, IL 60181* | *October, November, December 2013* | *$4,575.00* | *balance of lease* |

None
☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Midland Funding LLC* | *Debt collection* | *18th Judicial* | *Wage Deduction in* |

B7 - (Official Form 7) (4/13)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *vs. Kenneth W. Wyatt* <br><br> *2007SC6781* | | *Cirucuit Court, 505 N. County Farm Road, Wheaton, Illinois 60187* | *place* |

---

None ☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:Midland Funding LLC Address:125 S. Wacker Dr. Ste 400, Chicago, IL 60606* | *11/2013* | *Description:  employment income via wage garnishment* <br> *Value:  approx $200* |

---

**5. Repossessions, foreclosures and returns**

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:    Ford Motor Credit Address:* | *2012* | *Description:2011 Ford Focus, Value:$5000.00* |

---

**6. Assignments and receiverships**

None ☒  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☐  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| *Name:Robert & Ann Lurie Addresss:* | *Childrens Hospital* | *01/07/2013 02/07/2013 03/07/2013* | *Description: Value:$101.00/YTD* |

Statement of Affairs - Page 3

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | *03/07/2013* | |
| | | *04/07/2013* | |
| | | *05/07/2013* | |

---

### 8. Losses

None ☐    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE,   GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| *Description:Misc. Household Furishings Value:$2,500.00* | *Circumstances:Flood Insurance:None* | *04/18/2013* |

---

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Kathryn L. Harry Address: 1200 Harger Road Suite 706 Oak Brook, IL 60523* | *Date of Payment:10/2013 Payor: Kenneth W. Wyatt* | *$1,700.00* |

---

### 10. Other transfers

None ☒    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

---

### 11. Closed financial accounts

None ☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| *Institution:Chase Address:411 S. Schmale Road, Carol Stream, IL 60188* | *Name:Ken & Kelly Wyatt Address:235 W. Hickory Road, Lombard, Illinois 60148* | *Coins valued at $900.00* | |

## 13. Setoffs

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☒

List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☐

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtor:Kenneth & Kelly Wyatt Address:171 W. Hickory Road, Lombard IL 60148* | *Name(s):Kenneth & Kelly Wyatt* | *11/15/2008-10/31/2011* |

## 16. Spouses and Former Spouses

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| None ☒ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |
|---|---|

| None ☒ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
|---|---|

### 18. Nature, location and name of business

| None ☒ | a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case |
|---|---|

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| None ☒ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |
|---|---|

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  _12/27/2013_         Signature   _/s/ Kenneth W. Wyatt III_
                            of Debtor

Date  _12/27/2013_         Signature   _/s/ Kelly M. Wyatt_
                            of Joint Debtor
                            (if any)

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 34(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer         Social-Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal,, responsible person, or partner who signs this document.*

_____

_____

Address

X _____         _____

   Signature of Bankruptcy Petition Preparer                      Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re   *Kenneth W. Wyatt III*                     Case No.
       *aka Kenneth W. Wyatt III*                Chapter *7*
         *and*
       *Kelly M. Wyatt*
       *aka Kelly M. O'Toole*

_____ / Debtor

Attorney for Debtor:   *Kathryn L. Harry*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in
      connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *1,700.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $_____ *1,700.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3. $ _____ *306.00* _____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
      file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
      court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
   services performed, and
       *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
   be from earnings, wages and compensation for services performed, and
       *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
   the value stated:
       *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
   law firm, any compensation paid or to be paid except as follows:
       *None*

Dated: *12/27/2013*            Respectfully submitted,

                        X */s/ Kathryn L. Harry* _____
Attorney for Petitioner: *Kathryn L. Harry*
                        *KATHRYN L. HARRY & ASSOCIATES, P.C.*
                        *1200 Harger Road*
                        *Suite 706*
                        *Oak Brook IL  60523*
                        *630-472-9700*